UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) INFORMATION NO. |
| v. | ) |
| | ) 21 U.S.C. §§ 331(a) and 333(a)(1) |
| | ) Misbranded Drugs |
| MATTHEW RYNCARZ, | ) |
| and | ) |
| FUSION HEALTH AND | ) CR420 075 |
| VITALITY LLC, D/B/A PHARM | ) |
| ORIGINS | ) |

PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offense charged in the Information are as follows:

For Defendant Matthew Ryncarz:

Count 1:        Misbranded Drugs

21 U.S.C. §§ 331(a) and 333(a)(1)

- Not more than one (1) year imprisonment
- Not more than a $100,000 fine
- Not more than one (1) year of supervised release
- Not more than five (5) years of probation
- $25 special assessment

For Defendant Fusion Health and Vitality, LLC, D/B/A Pharm Origins:

**Count 1:**      **Misbranded Drugs**

**21 U.S.C. §§ 331(a) and 333(a)(1)**

- Not more than a $200,000 fine or twice the gross gain or loss resulting from the offense
- Not more than five (5) years of probation
- $125 special assessment

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Patrick Schwedler*
Patrick Schwedler
Assistant United States Attorney
Georgia Bar Number 812312
Email: Patrick.Schwedler@usdoj.gov

*/s/ J. Thomas Clarkson*
J. Thomas Clarkson
Assistant United States Attorney
GA Bar No. 656069
22 Barnard Street, Suite 300
Savannah, Georgia 31412
912-201-2601
Thomas.clarkson@usdoj.gov